UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA. MIAMI DIVISION

IN RE:

CASE NO. 07-13394-LMI
Chapter 7

CARLOS ANTONIO MARRERO
A/K/A CARLOS A. MARRERO
    Debtors.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY OF WILSHIRE CREDIT CORPORATION AS SERVICER FOR CITIBANK N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE5

STATE OF OREGON   )
                            )SS
COUNTY OF WASHINGTON )

    **BEFORE ME**, a Notary Public in and for the State of Oregon, personally appeared, _____Nancy Zumwalt_____, who, being first duly sworn, deposes and says:

    1.    I am ____Nancy Zumwalt____ the Bankruptcy Specialist for WILSHIRE CREDIT CORPORATION AS SERVICER FOR CITIBANK N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE5, ("CREDITOR"), a secured creditor in the above-styled bankruptcy proceeding.

    2.    In connection with my position, as aforesaid, I am familiar with the Note and Mortgage secured by CARLOS ANTONIO MARRERO A/K/A CARLOS A. MARRERO, Debtor(s) which is the basis for CREDITOR'S secured status.

    3.    I am competent to make this Affidavit and have personal knowledge of the matters set forth in this Affidavit.

    4.    This affidavit is based upon the loan payment records of the CREDITOR and the Affiant is familiar with these records. These records are regularly maintained in the course of business of the CREDITOR, and it is the regular practice of the bank to make and maintain these records. These records are compiled in a company computer data bank and are utilized as a matter of daily routine practice in the CREDITOR's day to day business. The purpose of these records are to monitor and maintain the Debtor(s)' account relating to a Note and Mortgage that is owned and held

by the CREDITOR. These records properly reflect loan payments, charges and advances that are noted in the records at the time of the applicable transactions by persons whose regular duties include recording this information.

5. The Debtor maintains loan account no. **2578447** with the CREDITOR. The loan represented by this account is secured by a **First Mortgage** in the following property:

LEGAL DESCRIPTION ATTACHED TO MOTION FOR RELIEF

6. The Debtor(s) is/are in default under the terms of the Note and Mortgage by failing to make payment due January 1, 2007 and all subsequent payments due thereunder.

7. The amounts due on this loan account are $416,000.00, together with accrued interest, pre-petition late charges, advances, costs and any amounts provided in the Note and Mortgage.

8. The CREDITOR retained Smith, Hiatt & Diaz, P.A. to represent it in this matter and has agreed to pay a reasonable fee for said representation.

9. This concludes my affidavit.

_____
Affiant:

SWORN TO AND SUBSCRIBED before me, this 23rd day of May, 2007, by Nancy Zumualt who is personally known to me and who did take an oath.

Name: Vivian Lindsey
Notary Public

My Commission Expires:
2-12-08



OFFICIAL SEAL
VIVIAN LINDSEY
NOTARY PUBLIC-OREGON
COMMISSION NO. A377430
MY COMMISSION EXPIRES FEB 12, 2008