ORDERED in the Southern District of Florida on July 2, 2007

_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA. MIAMI DIVISION

IN RE:                                              CASE NO.: 07-13394-LMI

CARLOS ANTONIO MARRERO A/K/A                        HAPTER 7
CARLOS A. MARRERO

    Debtor(s)

_____/

### ORDER GRANTING WILSHIRE CREDIT CORPORATION AS SERVICER FOR CITIBANK N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE5'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS CASE** came on for consideration on the Motion for Relief From Automatic Stay of WILSHIRE CREDIT CORPORATION AS SERVICER FOR CITIBANK N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE5 and all interested parties having failed to respond within the fifteen (15) days as required by local rule 4001-1(C), the Court having reviewed the record, and being otherwise fully advised, the Court finds and it is hereby,

**ORDERED AS FOLLOWS:**

1.    The Motion for Relief from Automatic Stay is GRANTED.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with foreclosure of its lien on the following property as to the **1st Mortgage**:

> CONDOMINIUM UNIT 1503, OF OCEANVIEW, BUILDING B, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN OFFICIAL RECORD BOOK 23650, AT PAGE 95, OF THE PUBLIC RECORDS OF MIAMI-DADE OF COUNTY FLORIDA, TOGETHER WITH ALL APPURTENANCE THERETO, AND AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF THE SAID CONDOMINIUM.
>
> Property Address: 193080 COLLINS AVENUE UNIT 1503 B, SUNNY ISLES, FL 33160

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s). [*lmi*]

4. Bankruptcy fees and costs of $700.00 are awarded for the Motion *upon filing of supporting documentation*.

5. ~~The ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3)~~ [*lmi*] ~~is waived so that Creditor can pursue its in rem remedies.~~

6. Creditor and/or its successors and assign may, at its option, offer provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement.

7. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

###

Submitted by:

Roy A. Diaz
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438
FORT LAUDERDALE, FL 33339-1438
Phone 954-564-0071
Fax 954-564-9252
*Attorneys for Creditor*

Copies furnished to:

Attorney for Creditor is directed to serve copies of this order on the parties listed and file a certificate of service.

CARLOS ANTONIO MARRERO
A/K/A CARLOS A. MARRERO
19380 COLLINS AVENUE, APT 1503
SUNNY ISLES BEACH, FL 33160
*Debtor(s)*

JORGE RODRIGUEZ-CHROMAT, ESQ.
825 BRICKELL BAY DR #1750 MIAMI, FL 33131
*Attorney for Debtor(s)*

ALAN L. GOLDBERG
111 SW THIRD AVENUE SUITE 701
MIAMI, FL 33130
*Trustee*